IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WAYNE E. DHOM,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS CENTRAL RAILROAD COMPANY,<br><br>Defendant. | Case No. 17-cv-1109 JPG/DGW |

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 16, 2018**     JUSTINE FLANAGAN, Acting Clerk of Court

     *s/Tina Gray*
     **Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
     **J. PHIL GILBERT**
     **DISTRICT JUDGE**